Case 2:18-cr-00864   Document 5   Filed on 08/15/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.   § | MAGISTRATE JUDGE ACTION NO. §2:18-MJ-3051 |
| § | |
| EDISON DAMIAN RAMIREZ-GONZALEZ § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1) There are no conditions or combination of conditions that would reasonably secure the presence of the Defendant; and

(2) There are no conditions or combination of conditions that will reasonably assure the safety of the community.

The evidence against the Defendant is substantial. The Defendant is a citizen of Mexico and has been removed several times. The findings and conclusions contained in the Pretrial Services Report are adopted. The Defendant has no status to live or work in the United States. He has an immigration detainer against him and would be deported upon release on bond, making him a flight risk. If the Defendant can adjust his status and have the detainer removed, he is eligible to be considered for a bond.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 15th day of August, 2018.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE